RE. D-1-DC-10-904094                    12-24-14

**Motion for Evidentiary Hearing**

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 05 2015
Abel Acosta, Clerk

To whom it may Concern. My name is Laman Lockett #1687455. I was convicted in Cause #D-1-DC-10-904094. There was evidence presented that has no legal or factual sufficiency from a Solicitation to Commit Attempted Capitol murder. There was evidence presented during trial of Testimony and hand evidence from Cause #D-1-DC-10-301929 on 8-23-11 that has been dismissed Code of Criminal Procedure States there must be a conviction of all extreous offences for it to be used as evidence. So therefore I am asking for a Hearing on all of the evidence Presented during Trial on Cause # ~~███~~ D-1-DC-10-904094. I am not a Attourney but I protest at being given a trial that clearly violates my Constitutional Rights of the United States of America.

MOTION DENIED
DATE: 1-9-15
BY: DC

[Respectfully Submitted]

prayer
I pray that the court reviews above entitled and named Cause and considers the motion and grants it Amen

Laman Lockett 1687455
Laman Lockett 1687455
mcconnell unit
3001 S, Emily Dr
Beeville Tx 78102